

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| KEISHA PICKETT | CIVIL ACTION NO. 07-1458 |
| -vs- | JUDGE DRELL |
| PEARLIE WHITTEN, et al. | MAGISTRATE JUDGE KIRK |

## R U L I N G

Before the Court is a motion to dismiss (Doc. 9) filed by defendant Department Veterans Affairs ("VA"), an agency of the United States of America, based on the plaintiff's failure to exhaust administrative remedies. The record plainly demonstrates that the plaintiff filed suit without either receiving notice of final agency disposition or waiting for six months after filing the administrative claim, as required by the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2675(a). Because the requirements set out in § 2675(a) are jurisdictional, the plaintiff's failure to comply means that this Court lacks jurisdiction, notwithstanding the fact that six months passed <u>after</u> suit was filed before the VA filed the instant motion to dismiss. <u>See, e.g.</u>, <u>Gregory v. Mitchell</u>, 634 F.2d 199, 204 (5th Cir. 1981) (affirming the district court's dismissal of an FTCA claim against the United States where the six month period ran after suit was filed).

Because we lack subject matter jurisdiction, we must, by separate judgment, dismiss without prejudice all of the plaintiff's claims against the VA. Furthermore, because the sole basis of jurisdiction on removal was the presence of an agency of the

United States as a party under 28 U.S.C. § 1346, we shall, by separate order, remand this case to the 9th Judicial District Court for Rapides Parish, Louisiana.

SIGNED on this 3rd day of April, 2008 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE